JS-6

ALEXANDER B. CVITAN (CSB 81746),
MARSHA M. HAMASAKI (CSB 102720), and
PETER A. HUTCHINSON (CSB 225399), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-mail: alc@rac-law.com; marshah@rac-law.com; peterh@rac-law.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>INTERSTATE WASTE & DEMO, INCORPORATED, a California corporation also known as INTERSTATE WASTE & DEMO, INC.; JULIO GOMEZ SOTO, SR., an individual; YOJAYRA HERNANDEZ, an individual also known as YOGAYRA HERNANDEZ,<br><br>Defendants. | CASE NUMBER ED CV 09-1251 DEW(OPx)<br><br>[PROPOSED] JUDGMENT AGAINST DEFENDANTS INTERSTATE WASTE & DEMO, INCORPORATED AND JULIO GOMEZ SOTO, SR. |

The Parties to this action previously stipulated to the dismissal of the plaintiff's fourth claim for relief. The Parties have now filed a stipulation for entry of judgment against defendants Interstate Waste & Demo, Incorporated and Julio Gomez Soto, Sr. on the plaintiff's first and second claims for relief, as well as for dismissal of defendant Yojayra Hernandez and the plaintiff's third claim for relief

-1-

upon entry of such judgment. Pursuant to the Parties' stipulation, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of the Construction Laborers Trust Funds for Southern California Administrative Company, a Delaware limited liability company (hereinafter "CLTF" when not referred to by its full above-captioned name), as an administrative agent for collection for, and on behalf of, the Laborers Health and Welfare Trust Fund for Southern California, Construction Laborers Pension Trust for Southern California, Construction Laborers Vacation Trust for Southern California, Laborers Training and Re-training Trust Fund for Southern California, Fund for Construction Industry Advancement, Center for Contract Compliance and Laborers Contract Administration Trust Fund for Southern California (collectively "Trust Funds"), as follows:

1. Judgment is entered in the amount of $410,285.54 jointly and severally against defendants Interstate Waste & Demo, Incorporated, a California corporation also known as Interstate Waste & Demo, Inc., and Julio Gomez Soto, Sr., an individual, for work performed through June 2009. The judgment entered hereby consists of a principal amount of $398,199.33 (including $290,986.83 in unpaid Monthly Contributions, $66,107.71 in liquidated damages, $21,827.17 in interest, $2,500.00 in audit fees, $350.00 in fees for checks returned due to insufficient funds and $28,041.33 in subcontracting violations, minus a $11,613.71 credit on INTERSTATE WASTE's accounts with the Trust Funds), plus $11,563.99 in attorney fees and $522.22 in costs.

2. Upon entry, this judgment shall be immediately enforceable.

///

191161.1

-2-

3. Other than the attorneys fees and costs included in the amount of the judgment entered hereby, the Parties shall shall bear their own attorneys fees and costs.

DATED: 7/25/11

HONORABLE DONALD E. WALTER,
Judge of the United States District Court for
the Central District of California

Submitted by:

REICH, ADELL & CVITAN

By: _____
PETER A. HUTCHINSON
Attorneys for Plaintiff

LAW OFFICES OF ARTURO SANTANA, JR.

By: _____
ARTURO SANTANA, JR.
Attorneys for Defendants

-3-